# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| MARCEL LIEBENBERG, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| MICHAEL WATKINS, WARDEN OF | § | No.  3:26-CV-01451-LS |
| CAMP EAST MONTANA; MARY DE | § | |
| ANDA-YBARRA, ICE AREA FIELD | § | |
| OFFICE DIRECTOR; TODD M. | § | |
| LYONS, ACTING ICE DIRECTOR; | § | |
| AND PAM BONDI, ATTORNEY | § | |
| GENERAL, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Marcel Liebenberg seeks a writ of habeas corpus challenging his immigration detention.[1] As Petitioner has received a bond hearing under 8 U.S.C. § 1226(a), the Court denies the petition.

8 U.S.C. § 1226(a) allows, but does not require, the Attorney General to release an alien on bond.[2] An alien may appeal an initial custody determination to an immigration judge, who is authorized "to detain the alien in custody, release the alien, and determine the amount of bond, if any, under which the respondent may be released."[3] The alien may appeal the immigration judge's decision to the Board of Immigration Appeals.[4] In this case, the immigration judge found that Petitioner was a danger to the community and denied bond.[5] This Court does not have authority to

---

[1] ECF No. 2.
[2] 8 U.S.C. § 1226(a)(2)(A).
[3] 8 C.F.R. § 1236.1(d)(1).
[4] *Id.* § 1003.19(f).
[5] ECF No. 7-3 at 1.

"set aside any action or decision by the Attorney General . . . regarding the detention of any alien or the revocation or denial of bond or parole."[6] Additionally, the Court cannot review "any . . . decision or action of the Attorney General . . . the authority for which is specified . . . to be in the discretion of the Attorney General."[7] Therefore, the Court does not have the authority to review or set aside the decision to deny bond to Petitioner. Because Petitioner is not entitled to release, his petition is **DISMISSED** without prejudice. The Clerk shall close the case.

 **SO ORDERED**.

 **SIGNED** and **ENTERED** on June 15, 2026.

            _____
            **LEON SCHYDLOWER**
            **UNITED STATES DISTRICT JUDGE**

---

[6] 8 U.S.C. § 1226(e).
[7] 8 U.S.C. § 1252(a)(2)(B)(ii).

2